**UNITED STATES of America, Appellant, v. SIG ELLINGSON & CO., a corporation.**

**No. 14393.**

United States Court of Appeals
Eighth Circuit.
Feb. 11, 1952.

C. U. Landrum, U. S. Atty., and Clifford F. Hansen, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Wilson, Blethen & Ogle, Mankato, Minn., and Myers & Snerly, Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

---

**UNITED STATES of America, Appellant, v. Edward G. GARVEY, Consolidated Trustee of McGrath Mfg. Company of Omaha, Nebraska, Debtor, et al.**

**No. 14544.**

United States Court of Appeals
Eighth Circuit.
Feb. 25, 1952.

Joseph T. Votava, U. S. Atty., Omaha, Neb., for appellant.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellee Edward G. Garvey, Consolidated Trustee.

---

**UNITED STATES of America, Appellant, v. Lewis LAFLIN et al.**

**No. 14532.**

United States Court of Appeals
Eighth Circuit.
Feb. 5, 1952.

Joseph T. Votava, U. S. Atty., Omaha, Neb., for appellant.

Chambers, Holland & Groth, Lincoln, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant. 100 F.Supp. 353.